In the Matter of the Application of MARY VENDER, Respondent, for a Peremptory Mandamus Order against THOMAS P. FLANAGAN, as Superintendent of Buildings for the Borough of Brooklyn of The City of New York, Appellant.— The decision of this court handed down May 8, 1931,* is hereby amended to read as follows: Peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JULIA KUCHARSKY, as Administratrix, etc., of ADAM KUCHARSKY, Deceased, Respondent, v. DIANA GUEST, Appellant.— Judgment, as amended, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

RAY LEVY, Respondent, v. UTRECHT BUILDING CORPORATION and Others, Defendants, and B. GOETZ & BRO., INC., and Others, Intervening Appellants.— Order modified to the extent of granting the motion to vacate the judgment and to intervene upon condition that within ten days from the entry of an order upon this appeal the intervenors pay in cash the costs of advertising to date, amounting to the sum of $149.70, and that within the same period they execute and deliver to the plaintiff an undertaking with corporate surety, conditioned for the payment by them of costs and extra allowance, amounting in all to the sum of $515.20, in the event that the defense be not established. As so modified, the order, in so far as appealed from, is affirmed, without costs. Upon failure to comply with the conditions prescribed, the order is affirmed without modification, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

FREDERICK W. I. LUNDY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Appeal dismissed, without costs. The question involved may be presented upon an appeal from the final judgment. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

HARRY MARCUS, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Order directing examination of defendant before trial through its assistant treasurer affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LEON MAYBROWN, Respondent, v. PAUL S. AMES, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.